ACCEPTED
01-15-00112-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/1/2015 1:58:05 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00112-CV

In the First Court of Appeals
Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/1/2015 1:58:05 PM
CHRISTOPHER A. PRINE
Clerk

## IN RE: MOTHER DOE AND FATHER DOE, INDIVIDUALLY AND AS NEXT FRIENDS OF JOHN DOE AND JANE DOE

Original Proceeding from Cause No. 1045092 in
County Court at Law No. Two (2), Harris County, Texas,
Honorable Theresa Chang, Presiding Judge

## RELATORS' MOTION FOR REHEARING AND, IN THE ALTERNATIVE, MOTION FOR EN BANC CONSIDERATION

**The Cweren Law Firm**

Brian P. Cweren
State Bar No. 24001956
3311 Richmond Avenue, Suite 305
Houston, Texas 77098
(713) 622-2111 telephone
(713) 622-2119 facsimile
bcweren@cwerenlaw.com

**Counsel for Mother Doe and Father Doe, Individually and as Next Friends of John Doe and Jane Doe,
Relators**

**ORAL ARGUMENT REQUESTED**

- 1 -

Relators Mother Doe and Father Doe, Individually and as Next Friends of John Doe and Jane Doe, submit this motion for rehearing in response to the memorandum opinion issued by the Court on April 16, 2015.

## ISSUES PRESENTED FOR REVIEW OR EN BANC CONSIDERATION, ARGUMENT, AND AUTHORITIES

**I. THE COURT OF APPEALS ERRED IN DENYING THE PETITION FOR WRIT OF MANDAMUS, BECAUSE THE PROTECTIVE ORDER AT ISSUE VIOLATES THE REQUIREMENTS OF RULE 194 OF THE TEXAS RULES OF CIVIL PROCEDURE.**

Rule 194 of the Texas Rules of Civil Procedure governs requests for disclosures. Rule 194.3 provides that a responding party must timely serve a written response to a request for disclosures, and that the requesting party is entitled to request a copy of any indemnity or insuring agreements that would provide coverage for a judgment rendered in the case. *See* Tex. R. Civ. P. 194 and 192.3. Although an applicable insuring agreement is not usually admissible at trial, the trial judge exceed her authority when she allowed the Real Parties in Interest to designate applicable insurance policies as "Confidential" or "Confidential—for Attorneys Eyes Only." This provision of the Protective Order is clearly contrary to applicable Rules of Procedure, and, as a precedent would have an adverse effect on most plaintiffs filing lawsuits in Harris County, Texas. Therefore, the Court of Appeals' Memorandum Opinion should be reversed on this issue.

-2-

This mandamus appeal was considered by a three-member panel that included Chief Justice Radack, and Justices Brown and Lloyd. This Court has the authority to grant the alternative portion of this motion and submit the mandamus petition to the full court, sitting en banc. This case presents such an extraordinary circumstance that resolution by the Court of Appeals, en banc, is necessary, in that the protective Order at issue, as interpreted by Respondent, is so broad in its protection of the Defendants below, that it will prevent a just adjudication of the underlying suit.

## **PRAYER**

For these reasons, Relators respectfully request this Honorable Court of Appeal to reconsider the denial of Relators' Petitioner for Writ of Mandamus, at least in part.

In the alternative, Relators request this Honorable Court to consider the entire Petition for Writ of Mandamus en banc.

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document (upon exclusion of those contents exempted by Rule 9.4(i)(1) of the Texas Rules of Appellate Procedure) contains 370 words.

_____
Brian P. Cweren

## CERTIFICATION

I certify that I have reviewed the petition for writ of mandamus and have concluded that every factual statement made in the petition is supported by competent evidence included in the appendix or the record.

_____
Brian P Cweren

# CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties -which are listed below- on the __1st__ day of May, 2015 as follows:

Barbara L. Hachenburg
Germer PLLC
Three Allen Center
333 Clay Street, Suite 4950
Houston, Texas 77002

By (check all that apply)
               personal delivery
               mail
               commercial delivery service
X     fax *(713) 739-7420*

Hon. Theresa Chang
County Civil Court at Law Number Two (2)
201 Caroline Street, Suite 740
Houston, Texas 77002

By (check all that apply)
               personal delivery
X     mail
               commercial delivery service
               fax

_____
Brian P Cweren